# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Anthony J. Battaglia

| FROM: L. Cervantes, Deputy Clerk | RECEIVED DATE: August 22, 2018 |
|---|---|
| CASE NO.  17-cv-00387-AJB-JLB | DOC FILED BY: Gavin B. Davis |
| CASE TITLE: Davis v. Adler et al | |
| DOCUMENT ENTITLED: FRCP 60 Motion For Relief From Court Order (Doc, 46) and FRCP 19 Joinder of Additional Defendants | |

Upon the submission of the attached document(s), the following discrepancies are noted:

FRcvP 41 – Case closed

Date Forwarded:   August 24, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  August 27, 2018           CHAMBERS OF:  The Honorable Anthony J. Battaglia

cc: All Parties                  By:  Law Clerk