| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 12 2019<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS  |

GAVIN B. DAVIS,

        Plaintiff-Appellant,

 v.

JASON M. ADLER; et al.,

        Defendants-Appellees.

No.   18-56168

D.C. No. 3:17-cv-00387-AJB-JLB
Southern District of California, San Diego

ORDER

Before: LEAVY and HURWITZ, Circuit Judges.

Appellant has filed a combined motion for reconsideration and motion for reconsideration en banc of the court's December 19, 2018 order.

The motion for reconsideration is denied and the motion for reconsideration en banc is denied on behalf of the court  (Docket Entry Nos. 25, 26).  *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

Briefing is complete.

DA/Pro Se